# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

ROBERTA RENEE DALTON,        )
                             )
      Plaintiff,            )
                             )
v.                           )   Docket no. 1:13-cv-00352-NT
                             )
LAURA LEE REID and           )
ALEXANDRA V. SEYFRIT,        )
                             )
      Defendants,           )


## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 30, 2013, the United States Magistrate Judge filed with the Court her Recommended Decision. (ECF No. 15). On January 9, 2014, the Plaintiff filed a document which the Court treated as her Objection to the Recommended Decision (ECF No. 16). The Defendants filed their Response to the Plaintiff's Objection to the Recommended Decision on January 17, 2014. (ECF No. 19).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations set forth in her Recommended Decision. It is hereby ORDERED that the Plaintiff's action is DISMISSED WITH PREJUDICE.

Further, I concur with the Magistrate Judge's recommendation that, given the number of actions the Plaintiff has filed against her sisters in this District without providing a basis for jurisdiction, a narrowly-tailored order enjoining the

Plaintiff from filing any further actions in this District against Defendants Laura Lee Reid and Alexandra V. Seyfrit without prior leave of this Court is necessary. *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st Cir. 1993). As the Magistrate Judge notes, such an order requires notice and an opportunity to be heard. In this case, notice was provided to the Plaintiff by the Recommended Decision, and the Plaintiff had an opportunity to be heard in her Objection to the Recommended Decision.

      SO ORDERED.

                                      /s/ Nancy Torresen
                                      UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2014.