## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ROBERTA RENEE DALTON,       ) | |
|           ) | |
|     Plaintiff,        ) | |
|           ) | |
|     v.          ) | Civil No. 1:13-cv-352-NT |
|           ) | |
| LAURA LEE REID, et al.,       ) | |
|           ) | |
|     Defendants       ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 19, 2015 his Recommended Decision (ECF No. 24).  The Plaintiff filed her Objection to the Recommended Decision (ECF No. 25) on June 4, 2015.  Defendant filed its Response to the Plaintiff's Objection (ECF No. 26) on June 17, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is

necessary.  It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**. The Plaintiff's Motion to Reopen Case is **DENIED**.

       **SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 22nd day of June, 2015.